IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY SIERRA MOLICA,<br><br>　　　　Plaintiff,<br>　v.<br>MANN BRACKEN LLP,<br>　　　　Defendant.<br>　　　　　　　　　　　　　　　／ | No. C 09-5368 SI<br><br>**ORDER TO SHOW CAUSE RE PLAINTIFF'S FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE; AND RE: DEFENDANT'S FAILURE TO RESPOND TO COMPLAINT** |

　　　This matter came on for a regularly-scheduled case management conference on Friday, July 23, 2010. No one appeared. Review of the file suggests that the summons and complaint have been served on defendant Mann Bracken LLP, since a Notice of Case in Receivership was filed on behalf of Mann Bracken LLP on June 21, 2010 by Receiver Cheryl E. Rose, no responsive pleadings have been filed.

　　　Accordingly, pro se plaintiff Cody Sierra Molica is hereby **ORDERED to show cause, in writing filed with the Court no later than August 6, 2010** why he failed to appear and whether he intends to continue with this action. Plaintiff is cautioned that if he does not comply with Court orders, this case may be prejudiced and/or dismissed for failure to prosecute.

　　　Additionally, defendant Mann Bracken LLP, through its Receiver Cheryl E. Rose, is **ORDERED to provide this Court no later than August 6, 2010, with a statement outlining the effect on this action of the pendency of receivership proceedings under Maryland law. If there is a statutory bar or automatic stay of any kind in place on account of the receivership, so inform the Court. Otherwise, the Receiver shall file, or cause defendant's authorized representative, to file a responsive pleading no later than August 6, 2010.**

　　　**IT IS SO ORDERED.**

Dated: July 26, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge