IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY SIERRA MOLICA,<br><br>   Plaintiff,<br><br> v.<br><br>MANN BRACKEN LLP,<br><br>   Defendant.<br>_____ / | No. C 09-05368 SI<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On July 26, 2010, the Court issued an order to show cause directing plaintiff to explain in writing why he failed to appear at a regularly-scheduled case management conference on July 23, 2010 and whether he intends to continue with this action. The Court instructed plaintiff that if he did not respond, the Court would be inclined to dismiss the action for failure to prosecute.

It is now one week after plaintiff's response to the Court's show cause order was due, and plaintiff has made no submission. It appearing that plaintiff does not intend to continue pursuing this action, the action is hereby DISMISSED without prejudice for failure to prosecute.

The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: August 13, 2010

SUSAN ILLSTON
United States District Judge